IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEN FABRICANT, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LESLIE RIOS, et al.,<br><br>Defendants. | 4:23-CV-3055<br><br>JUDGMENT |

On the parties' stipulation of dismissal with prejudice (filing 29), this case is dismissed with prejudice, each party bearing its own fees and costs.

Dated this 30th day of January, 2024.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge